## GENERAL REFRACTORIES COMPANY, a Corporation, Appellant, v. E. L. SAULS-BERRY, Appellee.

### No. 10792.

United States Court of Appeals
Sixth Circuit.
April 22, 1949.

Thos. D. Theobald, Jr., Grayson, Ky., and Simeon S. Willis, Ashland, Ky., for appellant.

H. R. Wilhoit, Grayson, Ky., for appellee.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

### PER CURIAM.

The above cause coming on to be heard on the transcript of the record, the briefs filed on behalf of the parties, and the arguments of counsel in open court, and the court being duly advised, now, therefore, it is hereby ordered, adjudged and decreed that the judgment be and is hereby affirmed upon the findings of fact, conclusions of law, and opinion of the district court.

## GENERAL BOX COMPANY, Appellant, v. CENTRAL METAL PRODUCTS COMPANY, Inc., Appellee.

### No. 10783.

United States Court of Appeals
Sixth Circuit.
April 7, 1949.

Woodward, Hobson & Fulton, Ernest Woodward, II, Louisville, Ky., for appellant.

W. S. Heidenberg, Louisville, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

### PER CURIAM.

This cause came on to be heard on the record and on the briefs and oral arguments of the attorneys; and it appearing that no reversible error was committed by the trial court in the admission of evidence, in entering the order of remittitur, or in any other ruling upon the trial below; and the judgment from which the appeal is taken being supported by substantial evidence and being warranted in law; the judgment is, accordingly, affirmed.

## Henry ARMOUR et al., Appellants, v. PROCTOR & GAMBLE DEFENSE CORPORATION, Appellee.

### No. 10711.

United States Court of Appeals
Sixth Circuit.
April 18, 1949.

H. Carmack Murchison and Hughie Ragan, Jackson, Tenn., for appellants.

King, King & Laughlin, Memphis, Tenn., and Dinsmore, Shohl, Sawyer & Dinsmore, Cincinnati, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

### PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised, now, therefore, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.